FILED by KS D.C.
May 18, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60139-CR-MARRA/VALLE**

CASE NO. _____
18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

vs.

SAMISHIA ASKEW,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**(Possession of a Firearm by a Convicted Felon)**
**18 U.S.C. § 922(g)(1)**

On or between January 15, 2019 and January 17, 2019, the exact date being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**SAMISHIA ASKEW,**

knowingly possessed a firearm in and affecting interstate commerce, knowing that she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm was one (1) Taurus Judge Public Defender .45 caliber pistol, serial number LX489746.

### COUNT 2
**(Possession of a Firearm by a Convicted Felon)**
**18 U.S.C. § 922(g)(1)**

On or between January 16, 2019 and January 25, 2019, the exact date being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, the defendant,

**SAMISHIA ASKEW,**

knowingly possessed a firearm in and affecting interstate commerce, knowing that she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm was one (1) Beretta PICO .380 pistol, serial number PC062407.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
ANITA WHITE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| SAMISHIA ASKEW | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | Superseding Case Information: |
| Defendant.   / | |

**Court Division:** (Select One)

☐ Miami  ☐ Key West  ☑ FTL
☐ WPB    ☐ FTP

New defendant(s)   ☐ Yes   ☐ No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      ☑
   II   6 to 10 days     ☐
   III  11 to 20 days    ☐
   IV   21 to 60 days    ☐
   V    61 days and over ☐

   (Check only one)
   Petty         ☐
   Minor         ☐
   Misdemeanor   ☐
   Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **Yes**

_____
Anita G. White
Assistant United States Attorney
FLA Bar No.     537861

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SAMISHIA ASKEW

**Case No:** _____

Counts #:1 and 2

Possession of a Firearm or Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 years' imprisonment, $250,000 fine, 3 years' supervised release.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.