UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:21-CR-60139-KAM-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF, | ) |
| V. | ) |
| | ) |
| SAMISHIA ASKEW | ) |
| | ) |
| DEFENDANT | ) |
| _____ | ) |

**TEMPORARY NOTICE OF APPEARANCE AS ATTORNEY OF RECORD**

## TO THE CLERK OF THE ABOVE COURT

You will please enter my Temporary Notice of appearance as attorney of record for the Defendant, SAMISHIA ASKEW, in the above-styled cause

I HEREY CERTIFY that on this 26TH day of May, 2021 undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification to: Assistant United State Attorney.

JAMES S. LEWIS, ESQ
Attorney for Defendant
200 SE 6th Street
Suite 301
Fort Lauderdale, FL 33301
Telephone:   (954)523-7949
Facsimile:    (954)524-0403
jimlewisforflorida@yahoo.com

BY:    */s/JAMES S. LEWIS*
           JAMES S. LEWIS, ESQ
           Florida Bar No: 318957